# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 18, 2010

No. 10-10282
Summary Calendar

Lyle W. Cayce
Clerk

TERRY JAMES,

Plaintiff - Appellant

v.

RICHARD LEMAY; WANDA PARISH; THERESA TRISTEIN,

Defendants - Appellants

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:10-CV-76

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by the magistrate judge and district judge.

Federal courts are limited in their jurisdiction. Defamation or injury to reputation is not a protected liberty interest to justify federal jurisdiction. Paul v. Davis, 96 S.Ct. 1155 (1976). And Mr. James has not complained of a conspiracy to harm him because of his race.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.